IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01505-CMA-MEH

STEELE STREET BANK & TRUST, as Conservator for S.R., a minor,

      Plaintiff,

v.

PELHAM STAPLES, M.D., and
CATHOLIC HEALTH INITIATIVES COLORADO, a Colorado corporation, d/b/a. Thomas More Hospital,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 29, 2012.**

      Plaintiff's Unopposed Motion to Amend Case Caption [filed August 16, 2012; docket #17] is **granted**. The Clerk of the Court is directed to remove "Centura Health" from the description of Defendant Catholic Health Initiatives of Colorado. The correct caption is modeled above.