IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01505-CMA-MEH

STEELE STREET BANK & TRUST, as Conservator for S.R., a minor,

    Plaintiff,

v.

PELHAM STAPLES, M.D., and
CATHOLIC HEALTH INITIATIVES COLORADO, a Colorado corporation, d/b/a St. Thomas More Hospital,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 15, 2012.**

    The Second Stipulated Motion for Protective Order Re: Protected Health Information [filed October 10, 2012; docket #33] is **granted** and the proposed Protective Order Re: Protected Health Information is accepted, issued and filed contemporaneously with this minute order.