IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01505-CMA-MEH

STEELE STREET BANK & TRUST, as Conservator for S.R., a minor,

    Plaintiff,

v.

PELHAM STAPLES, M.D., and
CATHOLIC HEALTH INITIATIVES COLORADO, a Colorado corporation, d/b/a St. Thomas More Hospital,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 10, 2013.**

    Defendants' Joint Unopposed Motion to Amend the Scheduling Order to Extend Deadline for Expert Disclosures [filed April 8, 2013; docket #40] is **granted**.[1] For good cause shown, the Court will amend the Scheduling Order as follows:

| | |
|---|---|
| Defendants' expert disclosure deadline: | **April 26, 2013** |
| Plaintiff's rebuttal expert disclosure deadline: | **May 24, 2013** |

All other deadlines remain in effect.

---

[1] The Court reminds Defendants of D.C. Colo. LCivR 10.1E, which states, "[a]ll papers shall be double-spaced."