**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-01505-CMA-MEH

STEELE STREET BANK & TRUST, as Conservator for S.R., a minor,

    Plaintiff,

v.

PELHAM STAPLES, M.D., and
CATHOLIC HEALTH INITIATIVES COLORADO, a Colorado corporation,
   d/b/a ST. THOMAS MORE HOSPITAL,

    Defendants.

---

### SPECIAL ORDER OF REFERENCE TO MAGISTRATE JUDGE

---

The parties' Stipulated Motion to Set Settlement Conference with Magistrate Judge Hegarty (Doc. # 45) is GRANTED. Pursuant to D.C.COLO.LCivR 16.6 and Fed. R. Civ. P. 26(f)(2), counsel for the parties have discussed the possibility of settlement and/or alternative dispute resolution in this matter. Therefore, it is hereby

ORDERED that this action is referred to United States Magistrate Judge Michael E. Hegarty for settlement purposes, and the parties shall set this matter for a settlement conference with Magistrate Judge Hegarty at a date and time agreeable to the parties and Magistrate Judge Hegarty.

DATED: April __30__, 2013

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Judge