IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01505-CMA-MEH

STEELE STREET BANK & TRUST, as Conservator for S.R., a minor,

    Plaintiff,

v.

PELHAM STAPLES, M.D., and
CATHOLIC HEALTH INITIATIVES COLORADO, a Colorado corporation, d/b/a St. Thomas More Hospital,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 1, 2013.**

    Plaintiff's Unopposed Motion for Joinder of Additional Defendant [filed April 29, 2013; docket #44] is **granted**.  Pursuant to Fed. R. Civ. P. 15(a)(1)(B)(2), the Court finds that justice requires leave to amend in this instance.  In accordance with this finding, Plaintiff is directed to file an amended complaint on or before **May 3, 2013**, reflecting the additional defendant.

    Though not addressed directly in the Motion, the Court also finds good cause to amend the Scheduling Order to extend the deadline for joinder of parties and amendment of pleadings through and including **May 3, 2013**, for the sole purpose of permitting Plaintiff to join the defendant identified in Plaintiff's Motion.