IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01505-RM-MEH

STEELE STREET BANK & TRUST, as Conservator for S.R., a minor,

    Plaintiff,

v.

PELHAM STAPLES, IV, as executor of the estate of Pelham Staples, M.D.,
SCOTT STAPLES, as executor of the estate of Pelham Staples, M.D., and
CATHOLIC HEALTH INITIATIVES COLORADO, a Colorado corporation, d/b/a St. Thomas More Hospital,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 19, 2013.**

    The Unopposed Motion for Leave to Supplement Disclosures [filed July 18, 2013; docket #69] filed by Defendants Pelham Staples, IV and Scott Staples ("the Staples Defendants") is **granted** as follows. The Staples Defendants may supplement their expert witness disclosures with respect to the experts identified in Plaintiff's Response to Defendants' Unopposed Motion for Leave to Supplement Disclosures [docket #71].