IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 12-cv-01505-RM-MEH

STEELE STREET BANK & TRUST, as Conservator for S.R., a minor,

    Plaintiff,

v.

PELHAM STAPLES, IV, as Executor of the estate of Pelham Staples, M.D.,
SCOTT STAPLES, as executor of the estate of Pelham Staples, M.D.,
CATHOLIC HEALTH INITIATIVES COLORADO, a Colorado Corporation, d/b/a St. Thomas More Hospital, and
CANON CITY OB/GYN, P.C., a Colorado Corporation,

    Defendants

---

### STIPULATION FOR DISMISSAL WITH PREJUDICE

---

All parties to this action, by and through their respective counsel, hereby stipulate to the dismissal of this action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to pay his, her, and/or its own costs and attorneys' fees.

_____ 6/16/14       _____ 5/9/2014
Paul M. Mahoney      Date      Robert Ruddy      Date
THE MAHONEY LAW FIRM, P.C.      ROBERT RUDDY, P.C.
3300 E. 1st Avenue, Suite 480      1512 Larimer Street, Suite 600
Denver, CO 80206      Denver, CO 80202
(303) 987-2210      (303) 607-0077
Attorney for Plaintiff      Attorney for Defendant Staples

_____ 5/13/14
Chad K. Gillam      Date
FENNEMORE CRAIG, P.C.
1700 Lincoln Street, Suite 2900
Denver, CO 80203
303-291-3200
Attorney for Defendant Catholic Health Initiatives Colorado